IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **PATENT HARBOR, LLC** § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 6:10-cv-00607 |
| § | |
| § | |
| v. § | |
| § | |
| § | |
| **TWENTIETH CENTURY FOX HOME** § | **JURY TRIAL DEMANDED** |
| **ENTERTAINMENT, LLC, FOX** § | |
| **SEARCHLIGHT PICTURES, INC., LIONS** § | |
| **GATE ENTERTAINMENT, INC., THE** § | |
| **WALT DISNEY COMPANY, BUENA** § | |
| **VISTA HOME ENTERTAINMENT, INC.,** § | |
| **THE WEINSTEIN COMPANY, LLC,** § | |
| **MAGNOLIA PICTURES, LLC, NU IMAGE,** § | |
| **INC., FIRST LOOK STUDIOS, INC., TIME** § | |
| **WARNER, INC., NEW LINE HOME** § | |
| **ENTERTAINMENT, INC., WARNER** § | |
| **BROS. HOME ENTERTAINMENT, INC.,** § | |
| **AMBLIN ENTERTAINMENT, INC., STARZ** § | |
| **ENTERTAINMENT, LLC, ANCHOR BAY** § | |
| **ENTERTAINMENT, LLC, OVERTURE** § | |
| **FILMS, LLC, LIGHTSTORM** § | |
| **ENTERTAINMENT, INC., SUMMIT** § | |
| **ENTERTAINMENT, INC., SBO PICTURES,** § | |
| **INC., VIVID ENTERTAINMENT GROUP,** § | |
| **PLAYBOY ENTERPRISES, INC., CJI** § | |
| **ENTERTAINMENTS, INC., LARRY FLYNT** § | |
| **PUBLICATIONS, INC., HUSTLER VIDEO,** § | |
| **VCA PICTURES, PENTHOUSE DIGITAL** § | |
| **MEDIA PRODUCTIONS, INC., DNA** § | |
| **MOVIES, LLC, BANG PRODUCTIONS,** § | |
| **INC., VENTURER ELECTRONICS, INC.** § | |
| § | |
| Defendants. | |

**PLAINTIFF'S AGREED MOTION TO EXTEND
DEFENDANT PLAYBOY ENTERPRISES, INC.'S
DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT**

1

COMES NOW Plaintiff, Patent Harbor, LLC and files this Agreed Motion to Extend Defendant Playboy Enterprises, Inc.'s Deadline to Answer Plaintiff's Complaint and in support thereof would respectfully show the Court as follows:

Defendant's current deadline to answer Plaintiff's Complaint is December 8, 2010. At Defendant's request and by agreement of the parties, Plaintiff respectfully requests that the Court enter an Order extending Defendant's deadline to answer from December 8, 2010 until and including January 14, 2011.

DATED:	December 2, 2010

Respectfully submitted,

  /s/ Keith A. Rutherford
Keith A. Rutherford
Texas State Bar No. 17452000
**Lead Attorney**
John C. Cain
Texas State Bar No. 00783778
Scott Reese
Texas State Bar No. 24046696
WONG, CABELLO, LUTSCH,
   RUTHERFORD & BRUCCULERI, L.L.P.
20333 SH 249, Ste. 600
Houston, Texas 77070
Telephone: (832) 446-2400
Facsimile:  (832) 446-2424
E-Mail: krutherford@counselip.com
E-Mail: jcain@counselip.com
E-Mail: sreese@counselip.com

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Telephone:  (903) 757-6400
Facsimile:   (903) 757-2323
E-Mail:  jw@jwfirm.com

Eric M. Albritton

                        Texas State Bar No. 00790215
                        ALBRITTON LAW FIRM
                        111 W. Tyler St.
                        Longview, Texas 75601
                        Telephone:  (903) 757-8449
                        Facsimile:   (903) 7587397
                        E-Mail:  ema@emafirm.com

**COUNSEL FOR PLAINTIFF
PATENT HARBOR, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of December, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                        /s/   Wayne B. Maydwell