# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **PATENT HARBOR, LLC** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:10-cv-00607 |
| | § | |
| v. | § | |
| | § | |
| **TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC, FOX SEARCHLIGHT PICTURES, INC., LIONS GATE ENTERTAINMENT, INC., THE WALT DISNEY COMPANY, BUENA VISTA HOME ENTERTAINMENT, INC., THE WEINSTEIN COMPANY, LLC, MAGNOLIA PICTURES, LLC, NU IMAGE, INC., FIRST LOOK STUDIOS, INC., TIME WARNER, INC., NEW LINE HOME ENTERTAINMENT, INC., WARNER BROS. HOME ENTERTAINMENT, INC., AMBLIN ENTERTAINMENT, INC., STARZ ENTERTAINMENT, LLC, ANCHOR BAY ENTERTAINMENT, LLC, OVERTURE FILMS, LLC, LIGHTSTORM ENTERTAINMENT, INC., SUMMIT ENTERTAINMENT, INC., SBO PICTURES, INC., VIVID ENTERTAINMENT GROUP, PLAYBOY ENTERPRISES, INC., CJI ENTERTAINMENTS, INC., LARRY FLYNT PUBLICATIONS, INC., HUSTLER VIDEO, VCA PICTURES, PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC., DNA MOVIES, LLC, BANG PRODUCTIONS, INC., VENTURER ELECTRONICS, INC.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

**ORDER**

1

Plaintiff's Second Agreed Motion to Extend Defendant Vivid Entertainment Group's Deadline to Answer or Otherwise Respond to Plaintiff's Complaint is before the Court.

After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that the Defendant Vivid Entertainment Group's deadline to answer or otherwise respond to Plaintiff's Complaint is extended from January 14, 2011 until and including January 28, 2011.

**So ORDERED and SIGNED this 14th day of January, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**