UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # <u>6:10-cv-607 (LED)</u>
   Style: <u>Patent Harbor, LLC v. Twentieth Century Fox Home Entertainment, LLC,. et al</u>
2. Applicant is representing the following party/ies: <u>Twentieth Century Fox Home Entertainment LLC, Fox Searchlight Pictures, Inc., Lightstorm Entertainment, Inc., Lions Gate Entertainment, Inc., Time Warner Inc., Warner Bros. Home Entertainment Inc., New Line Home Entertainment, Inc.</u>
3. Applicant was admitted to practice in <u>California</u> (state) on <u>12/1/95</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. <u>None.</u>
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    <u>U.S. Court of Appeals (Federal Circuit, 9th Circuit); U.S. District Courts (Central District of California, Northern District of California and Eastern District of California).</u>
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>Eric R. Lamison</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date   3/7/11                               Signature  *[signed] Eric R. Lamison*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Eric R. Lamison

State Bar Number: California 196834

Firm Name: Kirkland & Ellis LLP

Address/P.O. Box: 555 California St., 24th Floor

City/State/Zip: San Francisco, CA  94104

Telephone #: 415-439-1496

Fax #: 415-439-1500

E-mail Address: eric.lamison@kirkland.com

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____ **3/8/11** _____



_David Maland_
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____ MLL _____
Deputy Clerk