IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PATENT HARBOR, LLC | § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. |
| AUDIOVOX CORPORATION, ET AL. | § § | 6:10-cv-00361 LED |
| Defendants. | § | JURY TRIAL DEMANDED |
| v. | § § | CIVIL ACTION NO. |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, ET AL. | § § § | 6:10-cv-00607 LED |
| Defendants. | § | JURY TRIAL DEMANDED |

## PLAINTIFF'S TRIAL WITNESS LIST

Patent Harbor, LLC ("Patent Harbor"), pursuant to the Court's Docket Control Order, submits this Trial Witness List for identification and categorization of trial witnesses. Patent Harbor reserves the right to call any witness appearing on any opening or rebuttal trial witness lists of Defendants in the above-identified cases.  Patent Harbor includes in this Trial Witness List individuals who may be listed on Defendants' opening and rebuttal witness lists without waiving any right to object to Defendants' presentation of such witnesses at trial, without waiving any objections to the admissibility of any such testimony, and without waiving the right to move for the exclusion of any testimony.   Patent Harbor reserves the right to amend and/or supplement this list to the extent permitted by the Federal Rules of Civil Procedure, by the Local Rules, or by other Order of this Court.

At this time, Plaintiff identifies the following witnesses for trial:

| | WITNESS | (A) WILL CALL LIVE | (B) MAY CALL LIVE OR BY DEPOSITION | (C) MAY, BUT PROBABLY WILL NOT CALL LIVE OR BY DEPOSITION |
|---|---|---|---|---|
| 1. | Dr. Alan Bovik | ✓ | | |
| 2. | Dr. Stephen Becker | ✓ | | |
| 3. | Gordon Jumonville | ✓ | | |
| 4. | Hill Branscomb | ✓ | | |
| 5. | Michael Naimark | | ✓ | |
| 6. | Jim Weisfield | | ✓ | |
| 7. | Richard Greene | | ✓ | |
| 8. | Kenneth Carson | | ✓ | |
| 9. | Masa Okumura | | ✓ | |
| 10. | Yoshiaki Uchiyama | | ✓ | |
| 11. | Hisahide Hattori | | ✓ | |
| 12. | Katsugi Okuma | | ✓ | |
| 13. | Yuuichiro Aso | | ✓ | |
| 14. | Robert Van Eck | | | ✓ |
| 15. | Vincent Thomas | | ✓ | |
| 16. | Masahiko Arashi | | ✓ | |
| 17. | Goro Seki | | | ✓ |
| 18. | Makoto Takemoto | | ✓ | |
| 19. | Yoichi Kanazawa | | ✓ | |
| 20. | Greg Head | | ✓ | |
| 21. | Patrick Kilkelly | | | ✓ |
| 22. | Tina Martin | | | ✓ |
| 23. | Meredith Vincent | | | ✓ |
| 24. | Miguel Casillas | | ✓ | |
| 25. | Wes Scott Anthony Guarino | | | ✓ |
| 26. | Jo Dee Freck | | | ✓ |
| 27. | TJ Moffett | | | ✓ |
| 28. | Bill Anderson | | | ✓ |
| 29. | Steve Cantos | | ✓ | |
| 30. | Dan MacKechnie | | | ✓ |
| 31. | Michael Kory | | | ✓ |
| 32. | Wayne Smith | | ✓ | |
| 33. | Sharlene Case | | ✓ | |
| 34. | Dorinda Carrie Marticorena | | | ✓ |

|     | WITNESS | (A) WILL CALL LIVE | (B) MAY CALL LIVE OR BY DEPOSITION | (C) MAY, BUT PROBABLY WILL NOT CALL LIVE OR BY DEPOSITION |
|-----|---------|--------------------|------------------------------------|------------------------------------------------------------|
| 35. | Irwin Reiter |  |  | ✓ |
| 36. | Isaac Mizrahi |  | ✓ |  |
| 37. | Jeff McDermott |  | ✓ |  |
| 38. | Stephanie Haq |  | ✓ |  |
| 39. | Derek Meklir |  | ✓ |  |

August 6, 2012                                  Respectfully submitted,

/s/ *Keith A. Rutherford*
Keith A. Rutherford
Texas State Bar No. 17452000
**Lead Attorney**
John C. Cain
Texas State Bar No. 00783778
Scott Reese
Texas State Bar No. 24046696
Daniel Peterson
Texas State Bar No. 24065899
Russell T. Wong
Texas State Bar No.   21884235
J. David Cabello
Texas State Bar No. 03574500
WONG, CABELLO, LUTSCH,
RUTHERFORD & BRUCCULERI, L.L.P.
20333 SH 249, Ste. 600
Houston, Texas 77070
Telephone: (832) 446-2400
Facsimile: (832) 446-2424
E-Mail: krutherford@counselip.com
E-Mail: jcain@counselip.com
E-Mail: sreese@counselip.com
E-Mail: dpeterson@counselip.com
E-Mail: rwong@counselip.com
E-Mail: dcabello@counselip.com

Eric Miller Albritton
Texas State Bar No. 00790215
Steve Edwards
Texas State Bar No. 00784008

3

ALBRITTON LAW FIRM
PO Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile:   (903) 758-7397
E-Mail: ema@emafirm.com
E-Mail: see@emafirm.com

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
1127 Judson Road
Suite 220
Longview, Texas   75601
Telephone: (903) 757-6400
Facsimile:   (903) 757-2323
E-Mail: jw@jwfirm.com

*Counsel for Plaintiff Patent Harbor, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that today, August 6, 2012, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record, who have consented in writing to accept this Notice as service of this document by electronic means

/s/ *Nanci D. Mohr*
Nanci D. Mohr